```
STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

MAUREEN C. BESSETTE (CABN 165775)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3691
    FAX: (510) 637-3724
    Maureen.bessette@usdoj.gov

Attorneys for Plaintiff
```

FILED

Jan 14 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ERIC PENA, <br><br> Defendant. | NO. 4:22-MJ-70022-MAG <br><br> Joint Stipulation to Waive Identity and Detention Hearing and Order |

The above matter was on calendar before U.S. Magistrate Judge Donna Ryu on January 12, 2022. Defendant Pena was arraigned on the pretrial violation notice out of the Eastern District of California.

The defendant waives an identity hearing, preliminary hearing, and detention hearing in the Northern District of California. *See* Fed. R. Crim. P. 5.1 and 32.1(b)(1); 18 U.S.C. § 3142(a)(3) and

///

///

STIPULATION
4:22-MJ-70022-MAG                                          1

1   (f).  Defendant shall appear via Zoom on February 9, 2022, in the Eastern District of California.

2   18 U.S.C. § 3161(b).

Dated: January 12, 2022    STEPHANIE HINDS
United States Attorney

                              /S/
MAUREEN BESSETTE
Assistant United States Attorney

Dated:  January 12, 2022

                              /S/
AUSTIN THOMPSON
Attorney for Eric Pena

STIPULATION
4:22-MJ-70022-MAG                             2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:22-MJ-70022-MAG |
| Plaintiff, | ORDER |
| v. | |
| ERIC PENA, | |
| Defendant. | |

Based on the joint stipulation of the parties, the defendant has waived an identity, preliminary hearing, and a detention hearing. It is hereby ORDERED that the defendant is detained and will be transferred to the Eastern District of California and that he will appear on February 9, 2022 via Zoom before a judge in the Eastern District of California.

DATED:  January 14, 2022

IT IS SO ORDERED

Judge Donna M. Ryu

HON. DONNA RYU
United States Magistrate Judge

ORDER
4:22-MJ-70022-MAG                                                3